AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>Christian Gonzalez-Cruz | ) ) ) ) ) ) ) | Case No.<br>13MJ300 3063 KPN |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January to May 2013 in the county of Hampden in the District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances. |
| 18 U.S.C. § 2 | Aiding and Abetting |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

DEA Special Agent, James Clifford
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/24/2013

_____
Judge's signature

City and state: Springfield, Massachusetts    Kenneth P. Neiman, U.S. Magistrate Judge
*Printed name and title*