UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 13- 30023 MAP |
| | ) | |
| | ) | Violations: |
| | ) | |
| | ) | 21 U.S.C. § 846 - Conspiracy to |
| | ) | Possess with Intent to Distribute and |
| v. | ) | to Distribute Heroin (Count One) |
| | ) | |
| | ) | 18 U.S.C. 922(g) – Felon in |
| | ) | Possession of a Firearm (Count Two) |
| | ) | |
| | ) | 18 U.S.C. § 2 - Aiding and Abetting |
| 1.  LUIS COTTO | ) | |
| 2.  WILLIAM TORRES | ) | 21 U.S.C. § 853; 18 U.S.C. § 924(d) |
| 3.  WALBER QUINONES | ) | Criminal Forfeiture |
| 4.  ANDRES TORRES | ) | |
| 5.  TOMAS VASQUEZ | ) | |
| 6.  CHRISTIAN GONZALEZ-CRUZ | ) | |
| Defendants. | ) | |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:        (21 U.S.C. § 846:        Conspiracy to Possess with Intent to Distribute and
                           to Distribute Heroin)

        1.        From on or about March 1, 2013 to on or about May 24, 2013, in Hampden

County, in the District of Massachusetts and elsewhere,

        1.  LUIS COTTO

        2.  WILLIAM TORRES

        3.  WALBUR QUINONES

        4.  ANDRES TORRES

        5.  TOMAS VASQUEZ

        6.  CHRISTIAN GONZALEZ-CRUZ

1

Defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and other persons known and unknown to the Grand Jury to possess with intent to distribute, and to distribute, heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2.      It is further alleged that the conspiracy described herein involved one Kilogram or more of a mixture and substance containing a detectable amount of heroin.  Accordingly, Title 21, United States Code, Section 841(b) (1)(A)(i) applies to this Count.

All in violation of Title 21, United States Code, Section 846.

2

COUNT TWO:     Title 18, United States Code, Section 922(g)(1) – Possession of Firearm and Ammunition by a Convicted Felon; Title 18 United States Code, Section 2 – Aiding and Abetting

On or about May 24, 2013, in Hampden County, in the District of Massachusetts,

## (1) LUIS COTTO,

defendant herein, did knowingly possess the following firearm and ammunition:

1. One Glock .40 caliber handgun (serial # FZW073); and
2. Ten rounds of .40 caliber Winchester ammunition

all in and affecting commerce, after having been convicted in a court of a crime punishable by

imprisonment for a term in excess of one year.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

3

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further charges that:

    1.  Upon conviction of the offense alleged in Count One of this Indictment,

### 1.  LUIS COTTO

defendants, herein, shall forfeit to the United States any and all property constituting, or derived

from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses;

and/or property used or intended to be used, in any manner or part, to commit, or to facilitate the

commission of the offense to include the residence at 107 Naismith Street, Springfield, MA.

    2.  If any of the property described in paragraph 1, above, as a result of any act of

omission of the defendants,

        (a) cannot be located upon the exercise of due diligence;

        (b) has been transferred or sold to, or deposited with, a third party;

        (c) has been placed beyond the jurisdiction of the Court;

        (d) has been substantially diminished in value; or

        (e) has been commingled with other property which cannot be subdivided without
            difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendants up to the value of the property describe

in paragraph 1.

    All in violation of Title 21, United States Code, Section 853.

4

## FORFEITURE ALLEGATIONS
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The Grand Jury further charges that:

1.  Upon conviction of the offense alleged in Count Two of this Indictment,

### LUIS COTTO,

Defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code,

Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition

involved in the commission of the offense, including (1) Glock .40 caliber handgun (serial #

FZW073) and (2) ten rounds of .40 caliber Winchester Ammunition.

2.  If any of the property described in paragraph 1, above, as a result of any act or

omission of the defendant-

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided

        without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p)

as incorporated in Title 28, United States Code, Section 2461(c), to seek forfeiture of any other

property of the defendant up to the value of the property described in subparagraphs (a) through

(e) of this paragraph.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

Paul Hart Smyth
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on June 6, 2013. at 104pm

DEPUTY CLERK OF THE COURT

7